

# Court of Appeals
# Sixth Appellate District of Texas

## J U D G M E N T

Lloyd Adam Toler, Appellant

No. 06-22-00154-CR       v.

The State of Texas, Appellee

Appeal from the County Court at Law No. 2 of Hunt County, Texas (Tr. Ct. No. CR2100144). Memorandum Opinion delivered by Justice Rambin, Chief Justice Stevens and Justice van Cleef participating.

As stated in the Court's opinion of this date, we find there was partial error in the judgment of the court below. Therefore, we modify the trial court's judgment by changing the entry under "Fines" to "$100.00." We modify the certified bill of costs by deleting the charge for "Court Appointed Attorney Fee," changing the "**TOTAL REIMBURSEMENTS**" to $150.00, and changing the "**GRAND TOTAL**" to $570.00. As modified, the judgment of the trial court is affirmed.

We note that the appellant, Lloyd Adam Toler, has adequately indicated his inability to pay costs of appeal. Therefore, we waive payment of costs.

RENDERED JUNE 16, 2023
BY ORDER OF THE COURT
SCOTT E. STEVENS
CHIEF JUSTICE

ATTEST:
Debra K. Autrey, Clerk